Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24259−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benny S Cho
   4 Mattocks Place
   Closter, NJ 07624

Social Security No.:
   xxx−xx−7401

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/22/2018 and a confirmation hearing on such Plan has been scheduled for 9/13/2018.

The debtor filed a Modified Plan on 01/09/2019 and a confirmation hearing on the Modified Plan is scheduled for 2/14/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 11, 2019
JAN: dmc

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                Case No. 18-24259-JKS
Benny S Cho                                                           Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                   Date Rcvd: Jan 11, 2019
                               Form ID: 186                 Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db             +Benny S Cho,    4 Mattocks Place,    Closter, NJ 07624-1125
aty            +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
lm             +SPS/Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,
                Highlands Ranch, CO 80129-2386
517648709       American Express,    POB 1270,    Newark, NJ 07101-1270
517648710      +American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
517749513       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517648711      +American Express c/o,    Zwicker & Associates, P.C.,    1101 Laurel Oak Road, Ste. 136,
                Voorhees, NJ 08043-4322
517648712     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517648717      +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517648713      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517713076       CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517754365       CACH, LLC its successors and assigns as assignee,    of U.S. Bank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517749633       CACH, LLC its successors and assigns as assignee,    of Wells Fargo Bank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517648724      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517648725      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517648726       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517648727      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517648730      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517648731      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517770857     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:    STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517648736      +Santander Bank Na,    Po Box 12646,    Reading, PA 19612-2646
517648735      +Santander Bank Na,    Attn: Bankruptcy,    Po Box 12646,    Reading, PA 19612-2646
517780004      +Sovereign Medical Group (MDVISION),    1121 Situs Court, Ste 350,    Raleigh, NC 27606-4275
517648737      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
517648738      +Specialized Loan Servicing c/o,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,
                Ste. 900,    Mount Laurel, NJ 08054-4318
517648739      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                Trenton, NJ 08602-0269
517648740       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517648741      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
517677114      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517648708      +E-mail/Text: bkrpt@retrievalmasters.com Jan 12 2019 00:22:02
                AMCA/American Medical Collection Agency,    2269 S Saw Mill,    Elmsford, NY 10523-3832
517648707      +E-mail/Text: bkrpt@retrievalmasters.com Jan 12 2019 00:22:02
                AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
                4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517648723       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 12 2019 00:26:06      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
517648722      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 12 2019 00:26:07      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517648729      +E-mail/Text: bknotice@ercbpo.com Jan 12 2019 00:22:10      ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517648728      +E-mail/Text: bknotice@ercbpo.com Jan 12 2019 00:22:10      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517648732       E-mail/Text: cio.bncmail@irs.gov Jan 12 2019 00:21:34      Internal Revenue Service,
                P.O. Box 21126,    Philadelphia, PA 19114-0326
517648734       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2019 00:26:57
                Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517765115       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2019 00:25:22
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517648733      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2019 00:26:09
                Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: 186             Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517648718*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
517648719*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
517648720*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
517648721*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
517648714*        +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
517648715*        +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
517648716*        +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
                                                                             TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
          Clifford B. Frish    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
           Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
           Al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```