GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 18-24259

Re: BENNY S CHO
4 MATTOCKS PLACE
CLOSTER, NJ 07624

Atty: GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/13/2018 | $1,100.00 | 5147138000 | 09/10/2018 | $1,100.00 | 5221101000 |
| 10/09/2018 | $1,100.00 | 5300849000 | 11/08/2018 | $1,100.00 | 5380476000 |
| 12/06/2018 | $1,100.00 | 5451845000 | | | |

**Total Receipts: $5,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 316.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMCA/AMERICAN MEDICAL COLLECTIO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | AMERICAN EXPRESS C/O | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | CHASE CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 22,947.65 | 100.00% | 0.00 | 0.00 |
| 0022 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 17,232.40 | 0.00% | 0.00 | 0.00 |
| 0023 | SANTANDER BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | STATE OF NJ | PRIORITY | 2,739.48 | 100.00% | 0.00 | 0.00 |
| 0033 | US BANK NATIONAL ASSO | MORTGAGE ARRE | 256,724.77 | 0.00% | 0.00 | 0.00 |
| 0034 | UNITED STATES TREASURY/IRS | UNSECURED | 817.09 | 0.00% | 0.00 | 0.00 |
| 0035 | CACH LLC | UNSECURED | 25,689.07 | 0.00% | 0.00 | 0.00 |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,683.90 | 0.00% | 0.00 | 0.00 |
| 0040 | CACH LLC | UNSECURED | 66,640.56 | 0.00% | 0.00 | 0.00 |
| 0041 | CACH LLC | UNSECURED | 19,149.29 | 0.00% | 0.00 | 0.00 |
| 0042 | SOVEREIGN MEDICAL GROUP (MDVISIO | UNSECURED | 100.83 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $316.80**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $5,500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $316.80    =    Funds on Hand: $6,283.20

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.