Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                         Case No.:  18−24259−JKS
                                         Chapter:  13
                                         Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Benny S Cho
    4 Mattocks Place
    Closter, NJ 07624

Social Security No.:
    xxx−xx−7401

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       3/14/19
Time:       10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$6539.40

EXPENSES

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 8, 2019
JAN:

                                                              Jeanne Naughton
                                                              Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                         Case No. 18-24259-JKS
Benny S Cho                                                    Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin            Page 1 of 2         Date Rcvd: Feb 08, 2019
                            Form ID: 137           Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
db            +Benny S Cho,    4 Mattocks Place,    Closter, NJ 07624-1125
aty           +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
lm            +SPS/Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,
                Highlands Ranch, CO 80129-2386
517648709      American Express,    POB 1270,    Newark, NJ 07101-1270
517648710     +American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
517749513      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
517648711     +American Express c/o,    Zwicker & Associates, P.C.,    1101 Laurel Oak Road, Ste. 136,
                Voorhees, NJ 08043-4322
517648712    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517648717     +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517648713     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517713076      CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517754365      CACH, LLC its successors and assigns as assignee,    of U.S. Bank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517749633      CACH, LLC its successors and assigns as assignee,    of Wells Fargo Bank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517648724     +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517648725     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517648726      Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517648727     +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517648730     +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517648731     +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517770857    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517648736     +Santander Bank Na,    Po Box 12646,    Reading, PA 19612-2646
517648735     +Santander Bank Na,    Attn: Bankruptcy,    Po Box 12646,    Reading, PA 19612-2646
517780004     +Sovereign Medical Group (MDVISION),    1121 Situs Court, Ste 350,    Raleigh, NC 27606-4275
517648737     +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
517648738     +Specialized Loan Servicing c/o,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,
                Ste. 900,    Mount Laurel, NJ 08054-4318
517648739     +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                Trenton, NJ 08602-0269
517648740      TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517648741     +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
517677114     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2019 00:40:44      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2019 00:40:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517648708     +E-mail/Text: bkrpt@retrievalmasters.com Feb 09 2019 00:40:38
                AMCA/American Medical Collection Agency,    2269 S Saw Mill,    Elmsford, NY 10523-3832
517648707     +E-mail/Text: bkrpt@retrievalmasters.com Feb 09 2019 00:40:38
                AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
                4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517648723      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 09 2019 00:36:55      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
517648722     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 09 2019 00:37:26      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517648729     +E-mail/Text: bknotice@ercbpo.com Feb 09 2019 00:40:48      ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517648728     +E-mail/Text: bknotice@ercbpo.com Feb 09 2019 00:40:49      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517648732      E-mail/Text: cio.bncmail@irs.gov Feb 09 2019 00:39:51      Internal Revenue Service,
                P.O. Box 21126,    Philadelphia, PA 19114-0326
517648734      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2019 00:37:29
                Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517765115      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2019 00:37:30
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517648733     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2019 00:36:58
                Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12
```

```
District/off: 0312-2           User: admin                    Page 2 of 2                   Date Rcvd: Feb 08, 2019
                               Form ID: 137                   Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517648718*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,     Po Box 982238,    El Paso, TX 79998)
517648719*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,     Po Box 982238,    El Paso, TX 79998)
517648720*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,     Po Box 982238,    El Paso, TX 79998)
517648721*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,     Po Box 982238,    El Paso, TX 79998)
517648714*        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517648715*        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517648716*        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
                                                                                              TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
            Clifford B. Frish    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
             cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
             bestcase.com
            David G. Beslow    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
             yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
            Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
             Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Mark Goldman    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
             yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
            Rebecca Ann Solarz    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
             Al... rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```