UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Clifford B. Frish, Esq. #CBF-2541
Attorney(s) for Debtor

In Re:

BENNY S. CHO

Order Filed on June 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:        18-24259

Chapter:         13

Judge:           JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED.**

DATED: June 10, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/15/2019_____ :

Property:        4 Mattocks Place Closter, NJ 07624_____

Creditor:        SPS/Specialized Loan Servicing_____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/31/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*