UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Clifford B. Frish, Esq. #CBF-2541
Attorney(s) for Debtor

In Re:

BENNY S. CHO

Order Filed on June 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-24259

Chapter:    13

Judge:    JKS

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/15/2019_____ :

Property:    4 Mattocks Place Closter, NJ 07624

Creditor:    SPS/Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/31/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Benny S Cho  
    Debtor

Case No. 18-24259-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 10, 2019  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2019.
db          +Benny S Cho,   4 Mattocks Place,   Closter, NJ 07624-1125
aty         +John F. Golden,   Albert Buzzetti & Associates, LLC,   467 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2019 at the address(es) listed below:
         Clifford B. Frish    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,    cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         David G. Beslow    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Mark Goldman    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Rebecca Ann Solarz    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et Al... rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                     TOTAL: 7