| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> GOLDMAN & BESLOW, LLC <br> 7 Glenwood Avenue - Suite 311B <br> East Orange, New Jersey  07017 <br> Tel. 973-677-9000 <br> Mark Goldman, Esq. #MG-8019 <br> David G. Beslow, Esq. #DGB-5300 <br> Attorneys for Debtor, Benny S. Cho | |
| In Re: <br><br> BENNY S. CHO | Case No.:  18-24259 <br><br> Judge:  JKS <br><br> Chapter: 13 |

## CHAPTER 13 DEBTORS ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by __Marie Ann Greenberg, Trustee__,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

The debtor has filed an application for extension of the loss mitigation period. As explained in that application, the nature of the debtor's income requires the preparation of profit and loss statements and other documentation. The debtor has gathered almost all required documents and anticipates being able to make the application shortly after court approval of the extension.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/4/19

/s/
Debtor's Attorney

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*