Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−24259−JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benny S Cho
   4 Mattocks Place
   Closter, NJ 07624

Social Security No.:
   xxx−xx−7401

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/19 at 10:00 AM

to consider and act upon the following:

*61* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of Structured Asset Mortgage Investments II Inc., Et Al.... Objection deadline is 10/29/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Carlon, Denise)

*62* − Certification in Opposition to Early Termination of Loss Mitigation (related document:61 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of Structured Asset Mortgage Investments II Inc., Et Al.... Objection deadline is 10/29/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Structured Asset Mortgage Investments II Inc., Et Al...) filed by David G. Beslow on behalf of Benny S Cho. (Attachments: # 1 Certificate of Service) (Beslow, David)

Dated: 10/29/19

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court