GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-24259

Re:  BENNY S CHO                              Atty:  GOLDMAN & BESLOW, LLC
     4 MATTOCKS PLACE                                ATTORNEYS AT LAW
     CLOSTER, NJ 07624                               7 GLENWOOD AVE, SUITE 311B
                                                    EAST ORANGE, NJ  07017

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $66,000.00**

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/13/2018 | $1,100.00 | 5147138000 | 09/10/2018 | $1,100.00 | 5221101000 |
| 10/09/2018 | $1,100.00 | 5300849000 | 11/08/2018 | $1,100.00 | 5380476000 |
| 12/06/2018 | $1,100.00 | 5451845000 | 01/03/2019 | $1,100.00 | 5517374000 |
| 02/04/2019 | $1,100.00 | 5595105000 | 03/04/2019 | $1,100.00 | 5673406000 |
| 04/05/2019 | $1,100.00 | 5763973000 | 05/08/2019 | $1,100.00 | 5848435000 |
| 06/04/2019 | $1,100.00 | 5915329000 | 07/03/2019 | $1,100.00 | 5992416000 |
| 08/02/2019 | $1,100.00 | 6065800000 | 09/05/2019 | $1,100.00 | 6152509000 |
| 10/02/2019 | $1,100.00 | 6223542000 | 11/06/2019 | $1,100.00 | 6314251000 |
| 12/03/2019 | $1,100.00 | 6378482000 | 01/06/2020 | $1,100.00 | 6458572000 |

**Total Receipts: $19,800.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $19,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 03/18/2019 | $83.30 | 822,350 | 04/15/2019 | $110.63 | 824,341 |
| | 05/20/2019 | $110.63 | 826,384 | 06/17/2019 | $112.62 | 828,289 |
| | 07/15/2019 | $112.62 | 830,154 | 08/19/2019 | $112.62 | 832,188 |
| | 09/16/2019 | $112.62 | 834,142 | 10/21/2019 | $115.55 | 836,226 |
| | 11/18/2019 | $111.21 | 838,244 | 12/16/2019 | $111.21 | 840,119 |
| | 01/13/2020 | $111.21 | 841,993 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 03/18/2019 | $697.80 | 8,000,977 | 04/15/2019 | $926.67 | 8,001,022 |
| | 05/20/2019 | $926.67 | 8,001,066 | 06/17/2019 | $943.38 | 8,001,111 |
| | 07/15/2019 | $943.38 | 8,001,153 | 08/19/2019 | $943.38 | 8,001,194 |
| | 09/16/2019 | $943.38 | 8,001,237 | 10/21/2019 | $967.95 | 8,001,281 |
| | 11/18/2019 | $931.59 | 8,001,323 | 12/16/2019 | $931.59 | 8,001,362 |
| | 01/13/2020 | $931.59 | 8,001,404 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 926.20 | TBD |

**Chapter 13 Case # 18-24259**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,539.40 | 100.00% | 6,539.40 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMCA/AMERICAN MEDICAL COLLECTIO | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN EXPRESS C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 22,947.65 | 100.00% | 10,087.38 | |
| 0022 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 17,232.40 | * | 0.00 | |
| 0023 | SANTANDER BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | STATE OF NJ | PRIORITY | 2,739.48 | 100.00% | 1,204.22 | |
| 0033 | US BANK NATIONAL ASSO | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0034 | UNITED STATES TREASURY/IRS | UNSECURED | 817.09 | * | 0.00 | |
| 0035 | CACH LLC | UNSECURED | 25,689.07 | * | 0.00 | |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | AMERICAN EXPRESS BANK | UNSECURED | 1,683.90 | * | 0.00 | |
| 0040 | CACH LLC | UNSECURED | 66,640.56 | * | 0.00 | |
| 0041 | CACH LLC | UNSECURED | 19,149.29 | * | 0.00 | |
| 0042 | SOVEREIGN MEDICAL GROUP (MDVISIO | UNSECURED | 100.83 | * | 0.00 | |

**Total Paid: $18,757.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $19,800.00    -    Paid to Claims: $11,291.60    -    Admin Costs Paid: $7,465.60    =    Funds on Hand: $1,042.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.