UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor, Benny S. Cho

In Re:

BENNY S. CHO

Case No.:            18-24259

Chapter:                 13

Hearing Date:

Judge:                 JKS

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Application for Extension of Loss Mitigation Period (Doc 69)

Date: March 20, 2020            /s/ David G. Beslow, Esq.
                                Signature

*rev.8/1/15*