Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–24259–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Benny S Cho
  4 Mattocks Place
  Closter, NJ 07624

Social Security No.:
  xxx–xx–7401

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       5/14/20
Time:        10:00 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$3051.25

EXPENSES
$

---

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☑     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows: Reduction in the amount of the pro rata distribution.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 3, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-24259-JKS
Benny S Cho                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 2           Date Rcvd: Apr 03, 2020
                           Form ID: 137           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
```
db            +Benny S Cho,   4 Mattocks Place,   Closter, NJ 07624-1125
aty           +John F. Golden,   Albert Buzzetti & Associates, LLC,   467 Sylvan Avenue,
               Englewood Cliffs, NJ 07632-2945
aty           +Pluese, Becker & Saltzman, LLC,   20000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054-4318
lm            +SPS/Specialized Loan Servicing,   8742 Lucent Blvd,   Suite 300,
               Highlands Ranch, CO 80129-2386
517648709      American Express,   POB 1270,   Newark, NJ 07101-1270
517648710     +American Express,   P.O. Box 297879,   Fort Lauderdale, FL 33329-7879
517749513      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
517648711     +American Express c/o,   Zwicker & Associates, P.C.,   1101 Laurel Oak Road, Ste. 136,
               Voorhees, NJ 08043-4322
517648712     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
               El Paso, TX 79998)
517648717     +Bank Of America,   4909 Savarese Cir,   Tampa, FL 33634-2413
517648713     +Bank of America,   4909 Savarese Circle,   Fll-908-01-50,   Tampa, FL 33634-2413
517713076      CACH, LLC its successors and assigns as assignee,   of FIA Card Services, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517754365      CACH, LLC its successors and assigns as assignee,   of U.S. Bank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517749633      CACH, LLC its successors and assigns as assignee,   of Wells Fargo Bank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517648726      Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
517648727     +Equifax Credit Info. Services,Inc.,   P.O. Box 740241,   Atlanta, GA 30374-0241
517648731     +Experian,   P.O. Box 4500,   Allen, TX 75013-1311
517648730     +Experian,   P.O. Box 2002,   Allen, TX 75013-2002
517770857     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  STATE OF NEW JERSEY,   DEPARTMENT OF THE TREASURY,
               DIVISION OF TAXATION,   P.O. Box 245,   TRENTON, NJ 08695-0245)
517648736     +Santander Bank Na,   Po Box 12646,   Reading, PA 19612-2646
517648735     +Santander Bank Na,   Attn: Bankruptcy,   Po Box 12646,   Readiing, PA 19612-2646
517780004     +Sovereign Medical Group (MDVISION),   1121 Situs Court, Ste 350,   Raleigh, NC 27606-4275
517648737     +Specialized Loan Servicing,   8742 Lucent Blvd,   Suite 300,   Highlands Ranch, CO 80129-2386
517648738     +Specialized Loan Servicing c/o,   Pluese, Becker & Saltzman, LLC,   20000 Horizon Way,
               Ste. 900,   Mount Laurel, NJ 08054-4318
517648739     +State of New Jersey,   Division of Taxation,   50 Barrack Street,   P.O. Box 269,
               Trenton, NJ 08602-0269
517648740      TransUnion Consumer Solutions,   P.O. Box 2000,   Crum Lynne, PA 19022
517648741     +TransUnion LLC,   2 Baldwin Place,   PO Box 1000,   Chester, PA 19016-1000
517677114     +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2020 01:58:08    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2020 01:58:06    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517648708      E-mail/Text: bkrpt@retrievalmasters.com Apr 04 2020 01:58:06
               AMCA/American Medical Collection Agency,   2269 S Saw Mill,   Elmsford, NY 10523-3832
517648707      E-mail/Text: bkrpt@retrievalmasters.com Apr 04 2020 01:58:06
               AMCA/American Medical Collection Agency,   Attention: Bankruptcy,
               4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-1615
517648723      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2020 02:09:02    Capital One,
               15000 Capital One Dr,   Richmond, VA 23238
517648722     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2020 02:09:02    Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517648729     +E-mail/Text: bknotice@ercbpo.com Apr 04 2020 01:58:10    ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
517648728     +E-mail/Text: bknotice@ercbpo.com Apr 04 2020 01:58:10    ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
517648732      E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 04 2020 01:57:38    Internal Revenue Service,
               P.O. Box 21126,   Philadelphia, PA 19114-0326
517648724      E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 04 2020 02:08:58    Chase Card Services,
               Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850
517648725     +E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 04 2020 02:08:58    Chase Card Services,
               Po Box 15298,   Wilmington, DE 19850
517648734      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2020 02:05:31
               Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
517765115      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2020 02:09:19
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Apr 03, 2020
                             Form ID: 137              Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517648733      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2020 02:07:09
                Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
                                                                             TOTAL: 14
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517648718*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   Po Box 982238,   El Paso, TX 79998)
517648719*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   Po Box 982238,   El Paso, TX 79998)
517648720*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   Po Box 982238,   El Paso, TX 79998)
517648721*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   Po Box 982238,   El Paso, TX 79998)
517648714*     +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
517648715*     +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
517648716*     +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
                                                                 TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:

```
    Clifford B. Frish    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
       cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
       bestcase.com
    David G. Beslow    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
       Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Mark  Goldman    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    Rebecca Ann Solarz    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
       Al... rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 7
```