**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman #MG-8019

*Attorneys for Debtor(s), Benny S. Cho*

Order Filed on May 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 18-24259 |
| **BENNY S. CHO,** | Chapter:   13 |
| Debtor | Judge:   JKS |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: May 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):   Benny S. Cho
Case No.:    18-24259/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $4,035.00 for services rendered and expenses in the amount of $ 135.25 for a total of $4,170.25 of which $1,119.00 has already been received by said attorney and of which the balance of $3,051.25 shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

        _XX through the Chapter 13 Plan as an administrative priority.

        ___ outside the plan.

The debtor's monthly plan is modified to require a payment of n/a per month for n/a months to allow for payment of the aforesaid fee and delinquent trustee payments.

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

In re:                                                              Case No. 18-24259-JKS
Benny S Cho                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: May 21, 2020
                               Form ID: pdf903              Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db             +Benny S Cho,    4 Mattocks Place,    Closter, NJ 07624-1125
aty            +John F. Golden,    Albert Buzzetti & Associates, LLC,    467 Sylvan Avenue,
                 Englewood Cliffs, NJ 07632-2945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
               Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```