UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

---

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s)

In Re:

    BENNY S. CHO

Order Filed on August 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-24259 |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 3, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on August 1, 2018          :

Property:        4 Mattocks Place, Closter, NJ 07624

Creditor:        Specialized Loan Servicing (for Structured Asset Mortgage Inv.)

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the debtor                              , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by                                  , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  August 31, 2020                    .

☐ The Loss Mitigation Period is terminated, effective                                      .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-24259-JKS
Benny S Cho                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Aug 03, 2020
                             Form ID: pdf903           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2020.
db              +Benny S Cho,   4 Mattocks Place,   Closter, NJ 07624-1125
aty             +John F. Golden,   Albert Buzzetti & Associates, LLC,   467 Sylvan Avenue,
                 Englewood Cliffs, NJ 07632-2945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:
        Clifford B. Frish    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
         bestcase.com
        David G. Beslow    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Denise E.  Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
         Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Mark  Goldman    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Rebecca Ann Solarz    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Et
         Al... rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7