UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: BENNY S. CHO

Case No.: 18-24259
Chapter: 13
Judge: JKS

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Benny S. Cho_____, _____the debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __December 10, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, King Federal Building, 50 Walnut Street, Newark, NJ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal injury action

Pertinent terms of settlement: Settlement of personal injury litigation matter in the total amount of $60,000.00. After payment of legal fees and expenses and certain medical liens, debtor will receive exempt proceeds of $31,100.00. Chapter 13 Trustee will receive non-exempt proceeds of $7,532.27 for the benefit of unsecured creditors.

Objections must be served on, and requests for additional information directed to:

Name: David G. Beslow, Esq.  Goldman & Beslow, LLC

Address: 7 Glenwood Avenue, Suite 311B, East Orange, NJ 07017

Telephone No.: (973) 677-9000

*rev.8/1/15*