# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BENNY S CHO | CASE NO: 18-24259 <br> **DECLARATION OF MAILING** <br> **CERTIFICATE OF SERVICE** <br> Chapter: 13 <br> ECF Docket Reference No. 95 <br> Judge: Hon. John K. Sherwood <br> Hearing Date: December 10, 2020 <br> Hearing Time: 10:00 am |

On 11/18/2020, I did cause a copy of the following documents, described below,

Notice of Motion to Approve Settlement Agreement and to Approve Distribution of Proceeds ECF Docket Reference No. 95

Debtor's Certification in Support of Motion to Approve Settlement Agreement 95

Exhibit A 95

Exhibit B 95

Exhibit C 95

Order Approving Settlement Agreement, Payment of Certain Medical Liens, Award of Counsel Fees, and Approving Distribution of Proceeds 95

Notice of Proposed Compromise or Settlement of Controversy 94

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/18/2020

/s/ David G. Beslow
David G. Beslow  5300
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017
973 677 9000

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: BENNY S CHO

CASE NO: 18-24259

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 95
Judge: Hon. John K. Sherwood
Hearing Date: December 10, 2020
Hearing Time: 10:00 am

On 11/18/2020, a copy of the following documents, described below,

Notice of Motion to Approve Settlement Agreement and to Approve Distribution of Proceeds ECF Docket Reference No. 95

Debtor's Certification in Support of Motion to Approve Settlement Agreement 95

Exhibit A 95

Exhibit B 95

Exhibit C 95

Order Approving Settlement Agreement, Payment of Certain Medical Liens, Award of Counsel Fees, and Approving Distribution of Proceeds 95

Notice of Proposed Compromise or Settlement of Controversy 94

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/18/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                         SPSSPECIALIZED LOAN SERVICING           EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING  8742 LUCENT BLVD                       US BANKRUPTCY COURT
  03122                            SUITE 300                              MLK JR FEDERAL BUILDING
  CASE 18-24259-JKS                HIGHLANDS RANCH CO 80129-2386          50 WALNUT STREET
  DISTRICT OF NEW JERSEY                                                  NEWARK NJ 07102-3550
  NEWARK
  WED NOV 18 12-29-11 EST 2020


AMCAAMERICAN MEDICAL COLLECTION AGENCY   AMCAAMERICAN MEDICAL COLLECTION AGENCY   AMERICAN EXPRESS
2269 S SAW MILL                          ATTENTION BANKRUPTCY                     PO BOX 297879
ELMSFORD NY 10523-3832                   4 WESTCHESTER PLAZA SUITE 110            FORT LAUDERDALE FL 33329-7879
                                         ELMSFORD NY 10523-1615



AMERICAN EXPRESS                 AMERICAN EXPRESS NATIONAL BANK          AMERICAN EXPRESS CO
POB 1270                         CO BECKET AND LEE LLP                   ZWICKER  ASSOCIATES PC
NEWARK NJ 07101-1270             PO BOX 3001                             1101 LAUREL OAK ROAD STE 136
                                 MALVERN PA 19355-0701                   VOORHEES NJ 08043-4322



BANK OF AMERICA                  BANK OF AMERICA                         BANK OF AMERICA
4909 SAVARESE CIR                PO BOX 982238                           4909 SAVARESE CIRCLE
TAMPA FL 33634-2413              EL PASO TX 79998-2238                   FL1-908-01-50
                                                                         TAMPA FL 33634-2413



CACH LLC ITS SUCCESSORS AND ASSIGNS AS   CACH LLC ITS SUCCESSORS AND ASSIGNS AS   CACH LLC ITS SUCCESSORS AND ASSIGNS AS
ASSI                                     ASSI                                     ASSI
OF FIA CARD SERVICES NA                  OF US BANK NA                            OF WELLS FARGO BANK NA
RESURGENT CAPITAL SERVICES               RESURGENT CAPITAL SERVICES               RESURGENT CAPITAL SERVICES
PO BOX 10587                             PO BOX 10587                             PO BOX 10587
GREENVILLE SC 29603-0587                 GREENVILLE SC 29603-0587                 GREENVILLE SC 29603-0587



CAPITAL ONE                      CAPITAL ONE                             JPMORGAN CHASE BANK N A
PO BOX 30285                     ATTN BANKRUPTCY                         BANKRUPTCY MAIL INTAKE TEAM
SALT LAKE CITY UT 84130-0285     PO BOX 30285                            700 KANSAS LANE FLOOR 01
                                 SALT LAKE CITY UT 84130-0285            MONROE LA 71203-4774



ERCENHANCED RECOVERY CORP        ERCENHANCED RECOVERY CORP               EXCLUDE
8014 BAYBERRY RD                 ATTN BANKRUPTCY                         EQUIFAX
JACKSONVILLE FL 32256-7412       8014 BAYBERRY ROAD                      PO BOX 740241
                                 JACKSONVILLE FL 32256-7412              ATLANTA GA 30374-0241



EXCLUDE                          EXCLUDE                                 EXCLUDE
EQUIFAX CREDIT INFO SERVICESINC  EXPERIAN                                EXPERIAN
PO BOX 740241                    PO BOX 2002                             PO BOX 4500
ATLANTA GA 30374-0241            ALLEN TX 75013-2002                     ALLEN TX 75013-1311



INTERNAL REVENUE SERVICE         PORTFOLIO RECOVERY ASSOCIATES LLC       PORTFOLIO RECOVERY
CENTRALIZED INSOLVENCY OPERATIONS PO BOX 41067                           PO BOX 41021
PO BOX 7346                      NORFOLK VA 23541-1067                   NORFOLK VA 23541-1021
PHILADELPHIA PA 19101-7346
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | SANTANDER BANK NA<br>ATTN BANKRUPTCY<br>PO BOX 12646<br>READIING PA 19612-2646 | SANTANDER BANK NA<br>PO BOX 12646<br>READING PA 19612-2646 |
| SOVEREIGN MEDICAL GROUP MDVISION<br>1121 SITUS COURT STE 350<br>RALEIGH NC 27606-4275 | SPECIALIZED LOAN SERVICING<br>6200 S QUEBEC STREET<br>GREENWOOD VILLAGE CO 80111-4720 | SPECIALIZED LOAN SERVICING CO<br>PLUESE BECKER  SALTZMAN LLC<br>20000 HORIZON WAY<br>STE 900<br>MOUNT LAUREL NJ 08054-4318 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>50 BARRACK STREET<br>PO BOX 269<br>TRENTON NJ 08602-0269 | ~~EXCLUDE~~<br>~~TRANSUNION CONSUMER SOLUTIONS~~<br>~~PO BOX 2000~~<br>~~CRUM LYNNE PA 19022~~ | ~~EXCLUDE~~<br>~~TRANSUNION LLC~~<br>~~2 BALDWIN PLACE~~<br>~~PO BOX 1000~~<br>~~CHESTER PA 19016-1000~~ |
| US BANK NATIONAL ASSOCIATION TRUSTEE<br>SEE<br>CO SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH COLORADO 80129-2386 | US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235 | DEBTOR<br>BENNY S CHO<br>4 MATTOCKS PLACE<br>CLOSTER NJ 07624-1125 |
| CLIFFORD B FRISH<br>GOLDMAN  BESLOW LLC<br>7 GLENWOOD AVE<br>SUITE 311B<br>EAST ORANGE NJ 07017-1064 | DAVID G BESLOW<br>GOLDMAN  BESLOW LLC<br>7 GLENWOOD AVENUE<br>SUITE 311B<br>EAST ORANGE NJ 07017-1064 | JOHN F GOLDEN<br>ALBERT BUZZETTI  ASSOCIATES LLC<br>467 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS NJ 07632-2945 |
| MARIE ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES RD<br>SUITE 330<br>FAIRFIELD NJ 07004-1550 | MARK GOLDMAN<br>GOLDMAN  BESLOW LLC<br>7 GLENWOOD AVE STE 311B<br>EAST ORANGE NJ 07017-1064 | |