# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __18-24259__ |
| BENNY S. CHO | Chapter: __13__ |
| | Judge: __JKS__ |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Benny S. Cho__, __the debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __December 10, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, __King Federal Building, 50 Walnut Street, Newark, NJ__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal injury action

Pertinent terms of settlement: Settlement of personal injury litigation matter in the total amount of $60,000.00. After payment of legal fees and expenses and certain medical liens, debtor will receive exempt proceeds of $31,100.00. Chapter 13 Trustee will receive non-exempt proceeds of $7,532.27 for the benefit of unsecured creditors.

Objections must be served on, and requests for additional information directed to:

Name: David G. Beslow, Esq.   Goldman & Beslow, LLC

Address: 7 Glenwood Avenue, Suite 311B, East Orange, NJ 07017

Telephone No.: (973) 677-9000

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Benny S Cho  
    Debtor(s)

Case No. 18-24259-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 18, 2020      Form ID: pdf905      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benny S Cho, 4 Mattocks Place, Closter, NJ 07624-1125 |
| aty | + | John F. Golden, Albert Buzzetti & Associates, LLC, 467 Sylvan Avenue, Englewood Cliffs, NJ 07632-2945 |
| aty | + | Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| lm | + | SPS/Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 517648709 | | American Express, POB 1270, Newark, NJ 07101-1270 |
| 517648710 | + | American Express, P.O. Box 297879, Fort Lauderdale, FL 33329-7879 |
| 517749513 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517648711 | + | American Express c/o, Zwicker & Associates, P.C., 1101 Laurel Oak Road, Ste. 136, Voorhees, NJ 08043-4322 |
| 517648712 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517648717 | + | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517648713 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517713076 | | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517754365 | | CACH, LLC its successors and assigns as assignee, of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517749633 | | CACH, LLC its successors and assigns as assignee, of Wells Fargo Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517648726 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517648727 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517648731 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517648730 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517770857 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517648736 | + | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517648735 | + | Santander Bank Na, Attn: Bankruptcy, Po Box 12646, Readiing, PA 19612-2646 |
| 517780004 | + | Sovereign Medical Group (MDVISION), 1121 Situs Court, Ste 350, Raleigh, NC 27606-4275 |
| 517648737 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517648738 | + | Specialized Loan Servicing c/o, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Ste. 900, Mount Laurel, NJ 08054-4318 |
| 517648739 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517648740 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517648741 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517677114 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517648708 | + | Email/Text: bkrpt@retrievalmasters.com | | |

Case 18-24259-JKS   Doc 97   Filed 11/20/20   Entered 11/21/20 00:19:35   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: pdf905 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 18 2020 22:01:00 | AMCA/American Medical Collection Agency, 2269 S Saw Mill, Elmsford, NY 10523-3832 |
| 517648707 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 18 2020 22:01:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517648723 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 18 2020 22:18:17 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517648722 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 18 2020 22:18:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517648728 | + | Email/Text: bknotice@ercbpo.com | Nov 18 2020 22:01:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 517648729 | + | Email/Text: bknotice@ercbpo.com | Nov 18 2020 22:01:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517648732 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2020 22:00:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517648724 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2020 22:18:16 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517648725 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2020 22:19:20 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517648734 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 22:17:12 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517765115 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 22:17:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517648733 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 22:19:24 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517648718 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 517648719 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 517648720 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 517648721 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 517648714 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517648715 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517648716 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 18-24259-JKS    Doc 97    Filed 11/20/20    Entered 11/21/20 00:19:35    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf905 | Total Noticed: 42 |

Date: Nov 20, 2020        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clifford B. Frish | on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org<br>cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | on behalf of Creditor Structured Asset Mortgage Investments II Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Rebecca Ann Solarz | on behalf of Creditor Structured Asset Mortgage Investments II Inc. Et Al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7