GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s), Benny S. Cho
David G. Beslow, Esq. #DGB-5300

Order Filed on December 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**BENNY S. CHO,**

            Debtor

Case No. 18-24259

Chapter: 13

Hearing Date: December 10, 2020

Judge: Hon. John K. Sherwood

**ORDER APPROVING SETTLEMENT AGREEMENT, PAYMENT OF CERTAIN
MEDICAL LIENS, AWARD OF COUNSEL FEES,
AND APPROVING DISTRIBUTION OF PROCEEDS**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 16, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor(s): Benny S. Cho
Case No.: 18-24259 - Chapter 13
Caption: Order Approving Settlement Agreement, the Payment of Certain Medical Liens, the Award of Counsel Fees, and Approving Distribution of Proceeds

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that the settlement agreement in the total amount of $60,000.00 is hereby approved, and it is further;

**ORDERED**, that payment of legal expenses in the amount of $875.20 shall be made from the proceeds of the settlement to John F. Golden, Esq. of Albert Buzzetti & Associates, L.L.C. ("Special Counsel"); and it is further

**ORDERED**, that payment of legal fees in the amount of $19,708.27 shall be made from the proceeds of the settlement to Special Counsel; and it is further

**ORDERED**, that payment in the amount of $354.00 shall be made from the proceeds of the settlement by the Special Counsel to Radiology Center of Fair Lawn in full satisfaction of its respective medical lien; and it is further

**ORDERED**, that payment in the amount of $255.18 shall be made from the proceeds of the settlement by the Special Counsel to Allied Neurology & Interventional Pain Practice in full satisfaction of its respective medical lien; and it is further

**ORDERED**, that payment in the amount of $175.08 shall be made from the proceeds of the settlement by the Special Counsel to Sovereign Medical Group/Northern Jersey ENT Assoc. in full satisfaction of its respective medical lien; and it is further

**ORDERED**, that $31,100.00 from the settlement proceeds shall be paid by the Special Counsel directly to the debtor, Benny S. Cho; and it is further

**ORDERED**, that the remaining proceeds of $7,532.27 shall be paid by the Special Counsel to the Chapter 13 Trustee to be applied for the benefit of unsecured creditors; and it is further

**ORDERED**, that administrative priority counsel fees shall be awarded to the law firm of Goldman & Beslow, LLC upon submission of affidavit of services.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                     Case No. 18-24259-JKS
Benny S Cho                                                                                Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Dec 17, 2020        Form ID: pdf903        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benny S Cho, 4 Mattocks Place, Closter, NJ 07624-1125 |
| aty | + | John F. Golden, Albert Buzzetti & Associates, LLC, 467 Sylvan Avenue, Englewood Cliffs, NJ 07632-2945 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clifford B. Frish | |
| | on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com |
| David G. Beslow | |
| | on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | |
| | on behalf of Creditor Structured Asset Mortgage Investments II Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Mark Goldman | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Rebecca Ann Solarz

on behalf of Creditor Structured Asset Mortgage Investments II Inc. Et Al... rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7