Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24259−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benny S Cho
   4 Mattocks Place
   Closter, NJ 07624

Social Security No.:
   xxx−xx−7401

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date: 2/11/21
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$4137.50

EXPENSES
$229.60

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Reduction in the amount of pro rata distribution to unsecured creditors

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 12, 2021
JAN:

                                                                 Jeanne Naughton
                                                                 Clerk

Case 18-24259-JKS    Doc 106    Filed 01/14/21    Entered 01/15/21 00:21:37    Desc
Imaged Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-24259-JKS
Benny S Cho                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 3
Date Rcvd: Jan 12, 2021              Form ID: 137              Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benny S Cho, 4 Mattocks Place, Closter, NJ 07624-1125 |
| aty | + | John F. Golden, Albert Buzzetti & Associates, LLC, 467 Sylvan Avenue, Englewood Cliffs, NJ 07632-2945 |
| aty | + | Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| lm | + | SPS/Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 517648709 | | American Express, POB 1270, Newark, NJ 07101-1270 |
| 517648710 | + | American Express, P.O. Box 297879, Fort Lauderdale, FL 33329-7879 |
| 517749513 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517648711 | + | American Express c/o, Zwicker & Associates, P.C., 1101 Laurel Oak Road, Ste. 136, Voorhees, NJ 08043-4322 |
| 517648712 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517648717 | + | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517648713 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517713076 | | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517754365 | | CACH, LLC its successors and assigns as assignee, of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517749633 | | CACH, LLC its successors and assigns as assignee, of Wells Fargo Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517648726 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517648727 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517648730 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517648731 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517770857 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517648736 | + | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517648735 | + | Santander Bank Na, Attn: Bankruptcy, Po Box 12646, Readiing, PA 19612-2646 |
| 517780004 | + | Sovereign Medical Group (MDVISION), 1121 Situs Court, Ste 350, Raleigh, NC 27606-4275 |
| 517648737 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517648738 | + | Specialized Loan Servicing c/o, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Ste. 900, Mount Laurel, NJ 08054-4318 |
| 517648739 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517648740 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517648741 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517677114 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Jan 12 2021 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Jan 12 2021 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517648708 | + | Email/Text: bkrpt@retrievalmasters.com | | |

Case 18-24259-JKS    Doc 106    Filed 01/14/21    Entered 01/15/21 00:21:37    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 137 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 12 2021 21:32:00 | AMCA/American Medical Collection Agency, 2269 S Saw Mill, Elmsford, NY 10523-3832 |
| 517648707 | + | Email/Text: bkrpt@retrievalmasters.com | Jan 12 2021 21:32:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517648723 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 12 2021 22:31:11 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517648722 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517648728 | + | Email/Text: bknotice@ercbpo.com | Jan 12 2021 21:32:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 517648729 | + | Email/Text: bknotice@ercbpo.com | Jan 12 2021 21:32:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517648732 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2021 21:31:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517648724 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 12 2021 22:32:45 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517648725 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 12 2021 22:31:58 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517648734 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2021 22:31:16 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517765115 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2021 22:32:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517648733 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2021 22:32:51 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517648718 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 517648719 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 517648720 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 517648721 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 517648714 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517648715 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517648716 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 137 | Total Noticed: 42 |

Date: Jan 14, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:**

**Name**　　**Email Address**

Clifford B. Frish
　　on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org
　　cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

David G. Beslow
　　on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org
　　yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Denise E. Carlon
　　on behalf of Creditor Structured Asset Mortgage Investments II Inc.  Et Al... dcarlon@kmllawgroup.com,
　　bkgroup@kmllawgroup.com

Marie-Ann Greenberg
　　magecf@magtrustee.com

Mark Goldman
　　on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org
　　yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Rebecca Ann Solarz
　　on behalf of Creditor Structured Asset Mortgage Investments II Inc.  Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7