GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re:  BENNY S CHO
     4 MATTOCKS PLACE
     CLOSTER, NJ  07624

Atty:  GOLDMAN & BESLOW, LLC
       ATTORNEYS AT LAW
       7 GLENWOOD AVE, SUITE 311B
       EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-24259

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $47,732.27**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/13/2018 | $1,100.00 | 5147138000 | 09/10/2018 | $1,100.00 | 5221101000 |
| 10/09/2018 | $1,100.00 | 5300849000 | 11/08/2018 | $1,100.00 | 5380476000 |
| 12/06/2018 | $1,100.00 | 5451845000 | 01/03/2019 | $1,100.00 | 5517374000 |
| 02/04/2019 | $1,100.00 | 5595105000 | 03/04/2019 | $1,100.00 | 5673406000 |
| 04/05/2019 | $1,100.00 | 5763973000 | 05/08/2019 | $1,100.00 | 5848435000 |
| 06/04/2019 | $1,100.00 | 5915329000 | 07/03/2019 | $1,100.00 | 5992416000 |
| 08/02/2019 | $1,100.00 | 6065800000 | 09/05/2019 | $1,100.00 | 6152509000 |
| 10/02/2019 | $1,100.00 | 6223542000 | 11/06/2019 | $1,100.00 | 6314251000 |
| 12/03/2019 | $1,100.00 | 6378482000 | 01/06/2020 | $1,100.00 | 6458572000 |
| 02/04/2020 | $1,100.00 | 6536218000 | 03/04/2020 | $1,100.00 | 6615107000 |
| 04/07/2020 | $1,100.00 | 6697489000 | 05/06/2020 | $1,100.00 | 6770931000 |
| 06/02/2020 | $1,100.00 | 6837787000 | 07/08/2020 | $1,100.00 | 6926709000 |
| 08/05/2020 | $1,100.00 | 6993970000 | 09/09/2020 | $1,100.00 | 7075566000 |
| 10/09/2020 | $1,100.00 | 7148137000 | 11/10/2020 | $1,100.00 | 7225271000 |
| 12/09/2020 | $1,100.00 | 7296470000 | 01/20/2021 | $1,100.00 | 7392383000 |
| 02/01/2021 | $7,532.27 | ALBERT BU 14801 | 04/30/2021 | $1,100.00 | 7634391000 |
| 06/02/2021 | $1,100.00 | 7704714000 | 06/22/2021 | $200.00 | 7758530000 |
| 08/02/2021 | $200.00 | 7847568000 | 08/31/2021 | $200.00 | 7914199000 |
| 09/30/2021 | $200.00 | 7980578000 | 11/01/2021 | $200.00 | 8049668000 |
| 12/07/2021 | $200.00 | 8132979000 | 01/03/2022 | $200.00 | 8178671000 |

**Total Receipts: $44,132.27  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $44,132.27**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | 02/22/2021 | $22.49 | 8,002,064 | | | |

**Chapter 13 Case # 18-24259**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CACH LLC | | | | | | | |
| | 02/22/2021 | $890.13 | 864,430 | | 02/22/2021 | $255.78 | 864,430 |
| | 02/22/2021 | $343.13 | 864,430 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 02/22/2021 | $230.18 | 8,002,065 | | | | |
| STATE OF NJ | | | | | | | |
| | 03/18/2019 | $83.30 | 822,350 | | 04/15/2019 | $110.63 | 824,341 |
| | 05/20/2019 | $110.63 | 826,384 | | 06/17/2019 | $112.62 | 828,289 |
| | 07/15/2019 | $112.62 | 830,154 | | 08/19/2019 | $112.62 | 832,188 |
| | 09/16/2019 | $112.62 | 834,142 | | 10/21/2019 | $115.55 | 836,226 |
| | 11/18/2019 | $111.21 | 838,244 | | 12/16/2019 | $111.21 | 840,119 |
| | 01/13/2020 | $111.21 | 841,993 | | 02/10/2020 | $111.21 | 843,871 |
| | 03/16/2020 | $111.21 | 845,802 | | 07/20/2020 | $105.48 | 853,084 |
| | 08/17/2020 | $108.52 | 854,904 | | 09/21/2020 | $108.51 | 856,768 |
| | 10/19/2020 | $108.52 | 858,599 | | 11/16/2020 | $108.51 | 860,374 |
| | 12/21/2020 | $108.52 | 862,247 | | 01/11/2021 | $108.51 | 863,872 |
| | 02/22/2021 | $556.27 | 865,759 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 03/18/2019 | $697.80 | 8,000,977 | | 04/15/2019 | $926.67 | 8,001,022 |
| | 05/20/2019 | $926.67 | 8,001,066 | | 06/17/2019 | $943.38 | 8,001,111 |
| | 07/15/2019 | $943.38 | 8,001,153 | | 08/19/2019 | $943.38 | 8,001,194 |
| | 09/16/2019 | $943.38 | 8,001,237 | | 10/21/2019 | $967.95 | 8,001,281 |
| | 11/18/2019 | $931.59 | 8,001,323 | | 12/16/2019 | $931.59 | 8,001,362 |
| | 01/13/2020 | $931.59 | 8,001,404 | | 02/10/2020 | $931.59 | 8,001,441 |
| | 03/16/2020 | $931.59 | 8,001,481 | | 07/20/2020 | $883.57 | 8,001,710 |
| | 08/17/2020 | $908.98 | 8,001,769 | | 09/21/2020 | $908.99 | 8,001,832 |
| | 10/19/2020 | $908.98 | 8,001,890 | | 11/16/2020 | $908.99 | 8,001,946 |
| | 12/21/2020 | $908.98 | 8,002,005 | | 01/11/2021 | $908.99 | 8,002,061 |
| | 02/22/2021 | $4,659.61 | 8,002,118 | | 02/22/2021 | $10.91 | 8,002,118 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,712.02 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 13,957.75 | 100.00% | 13,790.50 | 167.25 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMCA/AMERICAN MEDICAL COLLECTIO | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN EXPRESS C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 22,947.65 | 100.00% | 22,947.65 | |
| 0022 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 17,232.40 | * | 230.18 | |
| 0023 | SANTANDER BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | STATE OF NJ | PRIORITY | 2,739.48 | 100.00% | 2,739.48 | |
| 0033 | U.S. BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0034 | UNITED STATES TREASURY/IRS | UNSECURED | 817.09 | * | 10.91 | |
| 0035 | CACH LLC | UNSECURED | 25,689.07 | * | 343.13 | |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | AMERICAN EXPRESS BANK | UNSECURED | 1,683.90 | * | 22.49 | |
| 0040 | CACH LLC | UNSECURED | 66,640.56 | * | 890.13 | |
| 0041 | CACH LLC | UNSECURED | 19,149.29 | * | 255.78 | |
| 0042 | SOVEREIGN MEDICAL GROUP (MDVISIO | UNSECURED | 100.83 | * | 0.00 | |

**Total Paid: $43,942.27**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $44,132.27    -    Paid to Claims: $27,439.75    -    Admin Costs Paid: $16,502.52    =    Funds on Hand: $190.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.