GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

| Re: | BENNY S CHO           | Atty: | GOLDMAN & BESLOW, LLC       |
|-----|-----------------------|-------|------------------------------|
|     | 4 MATTOCKS PLACE      |       | ATTORNEYS AT LAW             |
|     | CLOSTER, NJ 07624     |       | 7 GLENWOOD AVE, SUITE 311B   |
|     |                       |       | EAST ORANGE, NJ  07017       |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 18-24259

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $47,732.27**

## RECEIPTS AS OF 01/13/2023         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/13/2018 | $1,100.00 | 5147138000 | 09/10/2018 | $1,100.00 | 5221101000 |
| 10/09/2018 | $1,100.00 | 5300849000 | 11/08/2018 | $1,100.00 | 5380476000 |
| 12/06/2018 | $1,100.00 | 5451845000 | 01/03/2019 | $1,100.00 | 5517374000 |
| 02/04/2019 | $1,100.00 | 5595105000 | 03/04/2019 | $1,100.00 | 5673406000 |
| 04/05/2019 | $1,100.00 | 5763973000 | 05/08/2019 | $1,100.00 | 5848435000 |
| 06/04/2019 | $1,100.00 | 5915329000 | 07/03/2019 | $1,100.00 | 5992416000 |
| 08/02/2019 | $1,100.00 | 6065800000 | 09/05/2019 | $1,100.00 | 6152509000 |
| 10/02/2019 | $1,100.00 | 6223542000 | 11/06/2019 | $1,100.00 | 6314251000 |
| 12/03/2019 | $1,100.00 | 6378482000 | 01/06/2020 | $1,100.00 | 6458572000 |
| 02/04/2020 | $1,100.00 | 6536218000 | 03/04/2020 | $1,100.00 | 6615107000 |
| 04/07/2020 | $1,100.00 | 6697489000 | 05/06/2020 | $1,100.00 | 6770931000 |
| 06/02/2020 | $1,100.00 | 6837787000 | 07/08/2020 | $1,100.00 | 6926709000 |
| 08/05/2020 | $1,100.00 | 6993970000 | 09/09/2020 | $1,100.00 | 7075566000 |
| 10/09/2020 | $1,100.00 | 7148137000 | 11/10/2020 | $1,100.00 | 7225271000 |
| 12/09/2020 | $1,100.00 | 7296470000 | 01/20/2021 | $1,100.00 | 7392383000 |
| 02/01/2021 | $7,532.27 | ALBERT BU 14801 | 04/30/2021 | $1,100.00 | 7634391000 |
| 06/02/2021 | $1,100.00 | 7704714000 | 06/22/2021 | $200.00 | 7758530000 |
| 08/02/2021 | $200.00 | 7847568000 | 08/31/2021 | $200.00 | 7914199000 |
| 09/30/2021 | $200.00 | 7980578000 | 11/01/2021 | $200.00 | 8049668000 |
| 12/07/2021 | $200.00 | 8132979000 | 01/03/2022 | $200.00 | 8178671000 |
| 02/08/2022 | $200.00 | 8264894000 | 03/01/2022 | $200.00 | 8308453000 |
| 04/01/2022 | $200.00 | 8376078000 | 05/02/2022 | $200.00 | 8437512000 |
| 05/25/2022 | $200.00 | 8486395000 | 07/05/2022 | $200.00 | 8566315000 |
| 08/12/2022 | $200.00 | 8646039000 | 09/12/2022 | $200.00 | 8702127000 |
| 09/30/2022 | $200.00 | 8734860000 | 11/01/2022 | $200.00 | 8800891000 |
| 11/30/2022 | $200.00 | 8853649000 | 12/29/2022 | $200.00 | 8905363000 |

**Total Receipts: $46,532.27  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $46,532.27**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| **AMERICAN EXPRESS BANK** | | | | | | |
| | 02/22/2021 | $22.49 | 8,002,064 | 04/18/2022 | $5.19 | 8,002,786 |
| **CACH LLC** | | | | | | |
| | 02/22/2021 | $890.13 | 864,430 | 02/22/2021 | $255.78 | 864,430 |
| | 02/22/2021 | $343.13 | 864,430 | 02/14/2022 | $10.86 | 885,397 |
| | 03/14/2022 | $41.36 | 887,123 | 03/14/2022 | $96.42 | 887,123 |
| | 03/14/2022 | $30.83 | 887,123 | 04/18/2022 | $37.76 | 888,778 |
| | 04/18/2022 | $97.95 | 888,778 | 04/18/2022 | $28.15 | 888,778 |
| | 05/16/2022 | $37.76 | 890,534 | 05/16/2022 | $97.94 | 890,534 |
| | 05/16/2022 | $28.14 | 890,534 | | | |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | |
| | 02/22/2021 | $230.18 | 8,002,065 | 03/14/2022 | $27.73 | 8,002,741 |
| | 04/18/2022 | $25.33 | 8,002,785 | 05/16/2022 | $25.33 | 8,002,843 |
| **STATE OF NJ** | | | | | | |
| | 03/18/2019 | $83.30 | 822,350 | 04/15/2019 | $110.63 | 824,341 |
| | 05/20/2019 | $110.63 | 826,384 | 06/17/2019 | $112.62 | 828,289 |
| | 07/15/2019 | $112.62 | 830,154 | 08/19/2019 | $112.62 | 832,188 |
| | 09/16/2019 | $112.62 | 834,142 | 10/21/2019 | $115.55 | 836,226 |
| | 11/18/2019 | $111.21 | 838,244 | 12/16/2019 | $111.21 | 840,119 |
| | 01/13/2020 | $111.21 | 841,993 | 02/10/2020 | $111.21 | 843,871 |
| | 03/16/2020 | $111.21 | 845,802 | 07/20/2020 | $105.48 | 853,084 |
| | 08/17/2020 | $108.52 | 854,904 | 09/21/2020 | $108.51 | 856,768 |
| | 10/19/2020 | $108.52 | 858,599 | 11/16/2020 | $108.51 | 860,374 |
| | 12/21/2020 | $108.52 | 862,247 | 01/11/2021 | $108.51 | 863,872 |
| | 02/22/2021 | $556.27 | 865,759 | 06/20/2022 | $201.00 | 893,373 |
| | 07/18/2022 | $193.00 | 895,000 | 08/15/2022 | $193.00 | 896,576 |
| | 09/19/2022 | $193.00 | 898,216 | 10/17/2022 | $193.00 | 899,855 |
| | 11/14/2022 | $193.00 | 901,418 | 12/12/2022 | $189.00 | 902,955 |
| | 01/09/2023 | $189.00 | 904,453 | | | |
| **UNITED STATES TREASURY/IRS** | | | | | | |
| | 03/18/2019 | $697.80 | 8,000,977 | 04/15/2019 | $926.67 | 8,001,022 |
| | 05/20/2019 | $926.67 | 8,001,066 | 06/17/2019 | $943.38 | 8,001,111 |
| | 07/15/2019 | $943.38 | 8,001,153 | 08/19/2019 | $943.38 | 8,001,194 |
| | 09/16/2019 | $943.38 | 8,001,237 | 10/21/2019 | $967.95 | 8,001,281 |
| | 11/18/2019 | $931.59 | 8,001,323 | 12/16/2019 | $931.59 | 8,001,362 |
| | 01/13/2020 | $931.59 | 8,001,404 | 02/10/2020 | $931.59 | 8,001,441 |
| | 03/16/2020 | $931.59 | 8,001,481 | 07/20/2020 | $883.57 | 8,001,710 |
| | 08/17/2020 | $908.98 | 8,001,769 | 09/21/2020 | $908.99 | 8,001,832 |
| | 10/19/2020 | $908.98 | 8,001,890 | 11/16/2020 | $908.99 | 8,001,946 |
| | 12/21/2020 | $908.98 | 8,002,005 | 01/11/2021 | $908.99 | 8,002,061 |
| | 02/22/2021 | $10.91 | 8,002,118 | 02/22/2021 | $4,659.61 | 8,002,118 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,811.02 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 13,957.75 | 100.00% | 13,957.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMCA/AMERICAN MEDICAL COLLECTIO | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN EXPRESS C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 22,947.65 | 100.00% | 22,947.65 | |

Chapter 13 Case # 18-24259

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0022 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 17,232.40 | * | 308.57 | |
| 0023 | SANTANDER BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | STATE OF NJ | PRIORITY | 2,739.48 | 100.00% | 2,739.48 | |
| 0033 | U.S. BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0034 | UNITED STATES TREASURY/IRS | UNSECURED | 817.09 | * | 10.91 | |
| 0035 | CACH LLC | UNSECURED | 25,689.07 | * | 460.01 | |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | AMERICAN EXPRESS BANK | UNSECURED | 1,683.90 | * | 27.68 | |
| 0040 | CACH LLC | UNSECURED | 66,640.56 | * | 1,193.30 | |
| 0041 | CACH LLC | UNSECURED | 19,149.29 | * | 342.90 | |
| 0042 | SOVEREIGN MEDICAL GROUP (MDVISION | UNSECURED | 100.83 | * | 0.00 | |
| 0043 | STATE OF NJ | PRIORITY | 7,446.02 | 100.00% | 1,544.00 | |

**Total Paid:  $46,343.27**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $46,532.27       -    Paid to Claims: $29,574.50    -    Admin Costs Paid: $16,768.77    =    Funds on Hand: $189.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.