Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24259−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benny S Cho
   4 Mattocks Place
   Closter, NJ 07624

Social Security No.:
   xxx−xx−7401

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on July 23, 2021.

   On 6/20/23 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:            July 27, 2023
Time:             08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 20, 2023
JAN: wdh

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-24259-JKS
Benny S Cho  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Jun 20, 2023      Form ID: 185      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benny S Cho, 4 Mattocks Place, Closter, NJ 07624-1125 |
| aty | + | John F. Golden, Albert Buzzetti & Associates, LLC, 467 Sylvan Avenue, Englewood Cliffs, NJ 07632-2945 |
| lm | + | SPS/Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 517770857 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517780004 | + | Sovereign Medical Group (MDVISION), 1121 Situs Court, Ste 350, Raleigh, NC 27606-4275 |
| 517648738 | + | Specialized Loan Servicing c/o, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Ste. 900, Mount Laurel, NJ 08054-4318 |
| 517648739 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: dnj@pbslaw.org | Jun 20 2023 23:07:00 | Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 20 2023 23:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2023 23:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517648708 | + | Email/Text: bkrpt@retrievalmasters.com | Jun 20 2023 23:08:00 | AMCA/American Medical Collection Agency, 2269 S Saw Mill, Elmsford, NY 10523-3832 |
| 517648707 | + | Email/Text: bkrpt@retrievalmasters.com | Jun 20 2023 23:08:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517648709 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2023 23:18:26 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 517648710 | + | Email/PDF: bncnotices@becket-lee.com | Jun 20 2023 23:43:17 | American Express, P.O. Box 297879, Fort Lauderdale, FL 33329-7879 |
| 517749513 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2023 23:17:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517648711 | + | Email/Text: bkfilings@zwickerpc.com | Jun 20 2023 23:08:00 | American Express c/o, Zwicker & Associates, P.C., 1101 Laurel Oak Road, Ste. 136, Voorhees, NJ 08043-4322 |
| 517648717 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517648712 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517648718 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517648713 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517754365 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2023 23:17:51 | CACH, LLC its successors and assigns as assignee, of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517749633 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2023 23:17:52 | CACH, LLC its successors and assigns as assignee, of Wells Fargo Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517713076 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2023 23:17:52 | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517648723 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2023 23:17:48 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517648722 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2023 23:43:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517648726 | | Email/Text: bankruptcycourts@equifax.com | Jun 20 2023 23:07:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517648727 | | Email/Text: bankruptcycourts@equifax.com | Jun 20 2023 23:07:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 517648728 | + | Email/Text: bknotice@ercbpo.com | Jun 20 2023 23:08:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 517648729 | + | Email/Text: bknotice@ercbpo.com | Jun 20 2023 23:08:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517648730 | ^ | MEBN | Jun 20 2023 23:00:13 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517648731 | ^ | MEBN | Jun 20 2023 23:00:01 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517648732 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 20 2023 23:07:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517648724 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 20 2023 23:17:55 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517648725 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 20 2023 23:31:59 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517648734 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 20 2023 23:18:18 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517765115 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 20 2023 23:32:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517648733 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 20 2023 23:32:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517648736 | + | Email/Text: DeftBkr@santander.us | Jun 20 2023 23:08:00 | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517648735 | + | Email/Text: DeftBkr@santander.us | Jun 20 2023 23:08:00 | Santander Bank Na, Attn: Bankruptcy, Po Box 12646, Readiing, PA 19612-2646 |
| 517648737 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 20 2023 23:07:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517648740 | ^ | MEBN | Jun 20 2023 22:58:52 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517648741 | ^ | MEBN | Jun 20 2023 23:00:03 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517677114 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 20 2023 23:07:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent |

Case 18-24259-JKS    Doc 129    Filed 06/22/23    Entered 06/23/23 00:19:49    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 185 | Total Noticed: 43 |

Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517648719 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517648720 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517648721 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517648714 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517648715 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517648716 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clifford B. Frish | on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| David G. Beslow | on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Structured Asset Mortgage Investments II Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6