| UNITED STATES BANKRUPTCY COURT NEW JERSEY | |
|---|---|
| In Re: Benny S Cho | Case No. **18-24259** |
| | Chapter: **13** |
| | Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Benny S Cho**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____8/16/23_____    _____
Benny S Cho
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*