| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Benny S Cho<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7401<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–24259–JKS | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Benny S Cho


   11/5/23                                                         **By the court:** John K. Sherwood
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 18-24259-JKS
Benny S Cho                                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                      Page 1 of 3
Date Rcvd: Nov 06, 2023                           Form ID: 3180W                                   Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benny S Cho, 4 Mattocks Place, Closter, NJ 07624-1125 |
| aty | + | John F. Golden, Albert Buzzetti & Associates, LLC, 467 Sylvan Avenue, Englewood Cliffs, NJ 07632-2945 |
| lm | + | SPS/Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 517770857 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517780004 | + | Sovereign Medical Group (MDVISION), 1121 Situs Court, Ste 350, Raleigh, NC 27606-4275 |
| 517648738 | + | Specialized Loan Servicing c/o, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Ste. 900, Mount Laurel, NJ 08054-4318 |
| 517648739 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: dnj@pbslaw.org | Nov 06 2023 21:01:00 | Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517648708 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 06 2023 21:02:00 | AMCA/American Medical Collection Agency, 2269 S Saw Mill, Elmsford, NY 10523-3814 |
| 517648707 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 06 2023 21:02:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517648709 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2023 21:10:21 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 517648710 | + | Email/PDF: bncnotices@becket-lee.com | Nov 06 2023 21:10:29 | American Express, P.O. Box 297879, Fort Lauderdale, FL 33329-7879 |
| 517749513 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2023 21:10:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517648711 | + | Email/Text: bkfilings@zwickerpc.com | Nov 06 2023 21:03:00 | American Express c/o, Zwicker & Associates, P.C., 1101 Laurel Oak Road, Ste. 136, Voorhees, NJ 08043-4322 |
| 517648717 | + | EDI: BANKAMER.COM | Nov 07 2023 01:36:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517648712 | + | EDI: BANKAMER.COM | Nov 07 2023 01:36:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517648718 | + | EDI: BANKAMER.COM | Nov 07 2023 01:36:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |

Case 18-24259-JKS    Doc 141    Filed 11/08/23    Entered 11/09/23 00:16:04    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: 3180W | Total Noticed: 43 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 517648713 | + | EDI: BANKAMER.COM | Nov 07 2023 01:36:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517754365 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 21:10:12 | CACH, LLC its successors and assigns as assignee, of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517749633 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 21:10:36 | CACH, LLC its successors and assigns as assignee, of Wells Fargo Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517713076 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 21:10:17 | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517648723 | | EDI: CAPITALONE.COM | Nov 07 2023 01:36:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517648722 | + | EDI: CAPITALONE.COM | Nov 07 2023 01:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517648726 | | Email/Text: bankruptcycourts@equifax.com | Nov 06 2023 21:01:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517648727 | | Email/Text: bankruptcycourts@equifax.com | Nov 06 2023 21:01:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 517648728 | + | Email/Text: bknotice@ercbpo.com | Nov 06 2023 21:02:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 517648729 | + | Email/Text: bknotice@ercbpo.com | Nov 06 2023 21:02:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517648730 | ^ | MEBN | Nov 06 2023 20:49:41 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517648731 | ^ | MEBN | Nov 06 2023 20:49:07 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517648732 | | EDI: IRS.COM | Nov 07 2023 01:36:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517648724 | | EDI: JPMORGANCHASE | Nov 07 2023 01:36:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517648725 | | EDI: JPMORGANCHASE | Nov 07 2023 01:36:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517648734 | | EDI: PRA.COM | Nov 07 2023 01:36:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517765115 | | EDI: PRA.COM | Nov 07 2023 01:36:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517648733 | + | EDI: RECOVERYCORP.COM | Nov 07 2023 01:36:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517648736 | + | Email/Text: DeftBkr@santander.us | Nov 06 2023 21:02:00 | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517648735 | + | Email/Text: DeftBkr@santander.us | Nov 06 2023 21:02:00 | Santander Bank Na, Attn: Bankruptcy, Po Box 12646, Readiing, PA 19612-2646 |
| 517648737 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 06 2023 21:01:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517648740 | ^ | MEBN | Nov 06 2023 20:49:15 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517648741 | ^ | MEBN | Nov 06 2023 20:49:20 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517677114 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 06 2023 21:01:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent |

Case 18-24259-JKS    Doc 141    Filed 11/08/23    Entered 11/09/23 00:16:04    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: 3180W | Total Noticed: 43 |

Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517648719 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517648720 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517648721 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517648714 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517648715 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517648716 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2023 at the address(es) listed below:

**Name**     **Email Address**

Clifford B. Frish
    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org
    cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

David G. Beslow
    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
    on behalf of Creditor Structured Asset Mortgage Investments II Inc.  Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Debtor Benny S Cho yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6